UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Tracy Speed and Chad Speed     Case No. 19-11094-BAH
           Debtors                 Chapter 13

### Affidavit of Debtor Regarding Domestic Support Obligations and Domicile, Equity, and Litigation Status at the time of Confirmation of the Plan

I, Tracy Speed and I, Chad Speed, debtors in the above-cited case, being duly sworn, do solemnly swear on our oaths and make the following statements at the time of the Confirmation of the Plan:

## REGARDING DOMESTIC SUPPORT:

EITHER:

**X**   To the best of my knowledge and belief I, Tracy Speed am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

__ I, Tracy Speed am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____
_____
_____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

EITHER:

[X] To the best of my knowledge and belief I, Chad Speed am not obligated to pay child support or alimony, and owe no money on any Domestic Support Obligation pursuant to any Court Order, Administrative Order, or Statute.

OR:

__ I, Chad Speed am required by a Court order to pay child support or other domestic support. I currently owe money on a Domestic Support Obligation to the following individual(s):

Name and Address of Recipient: _____

_____

_____

Current Status of Obligation: _____

***INCLUDE ALL SUCH OBLIGATIONS***

## REGARDING MY DOMICILE:

[X] We have been continuously domiciled in the State of New Hampshire for at least 730 days (approximately two years) pre-petition
**OR**
__ We have not been continuously domiciled in the State of New Hampshire for the last 730 days (approximately two years); for the majority of the 180 days prior to that date we were domiciled as follows:

_____

**REFERENCING SECTION 522 (o):**
Regarding payments made on the mortgage on our homestead, over the ten year period pre-petition, not counting the regularly required payments, we
____ HAVE
[X] HAVE NOT
paid **EXTRA** mortgage payments totaling more than $10,000.00.

**REFERENCING SECTION 522 (p):**
Regarding our homestead real estate, the date of acquisition of my/our interest was:
Date of acquisition: _____
We own no homestead real estate: _____

2

**REGARDING OTHER MATTERS:**

To the best of my knowledge and belief:

I HAVE___ or HAVE NOT _X_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO___ or DO NOT _X_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I HAVE _X_ or HAVE NOT___ been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

_____
Tracy Speed

To the best of my knowledge and belief:

I HAVE___ or HAVE NOT _X_ been convicted of a felony involving a financial crime, or for which restitution has been ordered as part of my sentence.

I DO___ or DO NOT _X_ owe any debt resulting from a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I HAVE _X_ or HAVE NOT___ been advised that to receive a discharge I must complete an instructional course concerning personal financial management.

_____
Chad Speed

On this the 5th day of September, 2019, before me, personally appeared Tracy Speed and Chad Speed satisfactorily proven to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same voluntarily and for the purposes therein contained.

Before me,

_Del S Oken_____
Justice of the Peace/~~Notary Public~~

I hereby certify that a copy of this affidavit has been sent to the above named Domestic Support Obligee and/or agency, if applicable.

/s/ Lawrence P. Sumski_____
Lawrence P. Sumski

3