**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re:  Tracy Marie Speed<br>        Chad David Speed,<br>                Debtors | Bk. No.: 19-11094-BAH<br>Chapter 13 |

### MOTION TO REDACT

NOW COMES New Hampshire Federal Credit Union ("the Movant), by and through its attorneys, Tarbell & Brodich, P.A., and respectfully submits the within Motion to Redact to restrict access to Claim 2 and Claim 3 because they contain personal identifiers, and in support thereof states as follows:

1. Movant inadvertently filed Claim 2 and Claim 3 with personal identification information that was not redacted.

2. Movant requests that the Court enter an order directing the Clerk of Court to restrict access to Claim 2 and Claim 3 because they contain personal identifiers.

3. Movant requests that the Court enter an order allowing the Movant to refile the documents with the personal identifiers redacted.

WHEREFORE, the Movant, New Hampshire Federal Credit Union, respectfully requests that this Honorable Court:

A. Grant the within Motion to Redact, and
B. Grant such further relief as may be just and appropriate.

                                                    New Hampshire Federal Credit Union,
                                                    By and through its attorneys,
                                                    TARBELL & BRODICH, P.A.

Dated: September 9, 2019                /s/ David E. LeFevre
                                                    By: David E. LeFevre, Esq., BNH#05601
                                                    45 Centre Street
                                                    Concord, NH 03301
                                                    (603) 226-3900

CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the foregoing has been served on the following by electronic transmission:

- Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov
- David S. Osterman email@dsostermanlaw.com, ostermandr66629@notify.bestcase.com
- Marcus E. Pratt bankruptcy@kordeassoc.com
- Lawrence P. Sumski SumskiCh13@gmail.com

  I hereby certify that a true and accurate copy of the foregoing has been served on the following by First Class United States Mail, postage pre-paid:

  No Manual Recipients.

Dated: September 9, 2019       /s/ David E. LeFevre
                 David E. LeFevre, Esq., BNH#05601