# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                             Bk. No. 19-11094-BAH
                                                                               Chapter 13

Tracy Marie Speed and Chad David Speed,

      Debtors

## **ORDER**

On August 7, 2019, the Debtor filed a chapter 13 plan (Doc. No. 8) (the "Plan") but apparently failed to serve it and failed to provide notice of the hearing on confirmation as required by Federal Rules of Bankruptcy Procedure 2002(b) and 3015(b) and LBR 3015-1(b). Accordingly, the confirmation hearing scheduled for September 27, 2019, is canceled. On or before October 25, 2019, the Debtor shall serve the Plan and a notice of hearing on confirmation for <u>November 22, 2019, at 9:00 a.m.</u> and file a certificate regarding such service with the Court, failing which confirmation will be denied and the case may be dismissed.

ENTERED at Concord, New Hampshire.

Date:  September 23, 2019                      <u>/s/ Bruce A. Harwood</u>
                                                           Bruce A. Harwood
                                                           Chief Bankruptcy Judge