# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re:<br><br>Tracy Marie Speed<br>Chad David Speed<br>    Debtors | Bk. No. 19–11094–BAH<br>Chapter 13 |

## NOTICE OF DISMISSAL
## (CONTINGENT)

On September 26, 2019, a Amended Chapter 13 Plan dated September 20, 2019 was filed in this case (Doc. No. 24). As required by Administrative Order 5005–4, the attorney filing the document is required to submit a Declaration regarding Electronic Filing, LBF 5005–4 (the "Declaration"). It appears the Declaration was not submitted as required. The case cannot be administered without said Declaration. Accordingly, this case shall be dismissed for failure to submit said Declaration unless the Declaration is submitted on or before **October 29, 2019**.

Date: October 8, 2019

Bonnie L. McAlary
Clerk of Court
By: /s/ G. Llewellyn
Deputy Clerk

Form ntcdisdec–316